UNIVERSAL OIL PRODUCTS COMPANY, Appellant, *v.* SHELL DEVELOPMENT COMPANY et al., Respondents, et al., Defendants.

Argued June 1, 1950; decided July 11, 1950.

*Timothy N. Pfeiffer* and *Rebecca M. Cutler* for appellant.

*Bruce Bromley, William F. Collins* and *Henry W. Trimble, Jr.,* for Shell Development Company, respondent.

*Ralph M. Carson, William R. Meagher* and *Theodore Kiendl, Jr.,* for Standard Oil Development Company, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.